WATKINS WHOLESALE GROCERY
COMPANY, Appellant,

v.

J. M. KEEN, Appellee.

Court of Appeals of Kentucky.

Feb. 17, 1956.

As Modified on Denial of Rehearing
May 25, 1956.

William A. Hamm, Boyd F. Taylor, Jr., London, Denver Adams, Hyden, for appellant.

Robert Muncy, Hyden, for appellee.

PER CURIAM.

The judgment entered in this case was upon a verdict awarding appellee the sum of $1,500 for damages sustained as a result of the negligent operation of appellant's truck.

An examination of the record convinces us that the judgment is supported by the pleadings and the evidence, and we find no error prejudicial to the substantial rights of the appellant. See Totten v. Stewart, Ky., 286 S.W.2d 539.

The motion for appeal is overruled and the judgment is affirmed.